IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID M. DAVID,**<br><br>　　　　　　　　　Petitioner,<br><br>　v.<br><br>**JAMES YATES, Warden,** AND **MATTHEW CATE, Director,**<br><br>　　　　　　　　　Respondents. | C 09-5934 LHK (PR)<br><br>[~~PROPOSED~~] ORDER |

GOOD CAUSE APPEARING, the time for filing respondents' motion to dismiss or a notice that a motion to dismiss is unwarranted is extended thirty (30) days to March 17, 2011.

Dated: ___3/2/11_____   　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Lucy H. Koh
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

//

1

~~Proposed~~ Order (C 09-5934 LHK (PR))