IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. DAVID,<br><br>    Petitioner,<br><br>    v.<br><br>WILLIAM KNIPP, Warden, and<br>MATTHEW CATE, Director,<br><br>    Respondent. | No. C 09-5934 LHK (PR)<br><br>ORDER GRANTING<br>PETITIONER'S THIRD<br>MOTION FOR EXTENSION OF<br>TIME TO FILE HIS<br>OPPOSITION TO MOTION TO<br>DISMISS<br><br>(Docket No. 36) |

Petitioner, a state prisoner proceeding *pro se*, filed a fourth amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Before the Court is Petitioner's third motion for an extension of time to file his opposition to Respondents' motion to dismiss.

Because it appears no party would be prejudiced by an extension, Petitioner's motion is GRANTED. Petitioner shall file his opposition no later than **thirty (30) days** from the date this order is filed. Respondents shall file their reply to Petitioner's opposition no later than **fifteen (15) days** from the date Petitioner files his opposition.

This order terminates docket no. 36.

IT IS SO ORDERED.

DATED:  6/13/11

LUCY H. KOH
United States District Judge

Order Granting Petitioner's Third Motion for Extension of Time to File His Opposition to Motion to Dismiss
P:\PRO-SE\SJ.LHK\HC.09\David934-2dEot-DM.wpd